[No. 19698-1-II.    Division Two.    May 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
TARVIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-01258-4, Waldo F. Stone, J., entered July
6, 1995. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Houghton, C.J., and Seinfeld, J.


[No. 21974-3-II.    Division Two.    June 2, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY E.
DeFLYER, *Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-000019-2, Gordon Godfrey, J.,
entered May 19, 1997. *Reversed* by unpublished per curiam
opinion.


[No. 37143-6-I.    Division One.    June 2, 1997.]

ROBIN L. MILLER CONSTRUCTION CO., INC., *Appellant*,
v. DAVID COLTRAN, ET AL., *Defendants*, KEVIN HYPPA,
ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 88-2-19701-6, Robert S. Lasnik and Jim Bates,
JJ., entered July 17 and August 2, 1995. *Affirmed* by un-
published opinion per Cox, J., concurred in by Kennedy,
A.C.J., and Becker, J. Now published at 87 Wn. App. 112.


[No. 37467-2-I.    Division One.    June 2, 1997.]

NATIONAL WHOLESALE MORTGAGE COMPANY,
*Appellant*, v. DAVID BELZER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-30727-4, Jim Bates, J., entered September
14, 1995. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Coleman and Ellington, JJ.